UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH JACOBS,<br><br>           Plaintiff,<br><br>      v.<br><br>BIOSPECIFICS TECHNOLOGIES CORP JENNIFER CHAO, MICHAEL SCHAMROTH, PAUL GITMAN, MARK WEGMAN, TOBY WEGMAN, JOSEPH TRUITT, MIKE SHERMAN, and COREY FISHMAN,<br><br>           Defendants. | Case No.: 20-cv-9718 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 24, 2020

**MOORE KUEHN, PLLC**

*/s/Justin Kuehn*
Justin A. Kuehn
Fletcher W. Moore
30 Wall Street, 8th floor
New York, New York 10005
Tel: (212) 709-8245
jkuehn@moorekuehn.com
fmoore@moorekuehn.com

*Attorneys for Plaintiff*